UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATERNOSTRO, ET AL. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 13-0662 |
| | * | |
| CHOICE HOTELS INTERNATIONAL | * | SECTION "L" (5) |
| SERVICES CORP., ET AL. | * | |

## ORDER

It has come to the Court's attention that *Hesser v. Choice Hotels International Services Corp.*, 13-4953, and *Newberry v. Choice Hotels International Services Corp.*, 13-4954, are related to the above-captioned matter.

Accordingly, **IT IS ORDERED** that these matters are hereby **CONSOLIDATED**.

Pursuant to the Court's directive, all pleadings hereinafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if the document applies to all cases.

The Clerk is directed to establish a master file and a master docket sheet for the consolidated group of cases.

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of

a case will also be filed in the record of the individual case.

     In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents necessary to continue litigation of the case and to file such designation and copies of the documents with the Clerk within five days of the deconsolidation order.

     New Orleans, Louisiana, this 19th day of July, 2013.

_____

UNITED STATES DISTRICT JUDGE