# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**ANGELA PATERNOSTRO, ET AL.**

**CIVIL ACTION NO.  2013-0662 C/W 2013-4953, 2013-4954 & 2013-6602**

**This documents relates to:
ALL CASES**

**VERSUS**

**JUDGE ELDON E. FALLON**

**CHOICE HOTEL INTERNATIONAL
SERVICES CORP., D/B/A CLARION INN
AND SUITES, ET AL.**

**MAGISTRATE JUDGE
MICHAEL NORTH**

### SCOTTSDALE INSURANCE COMPANY'S MEMORANDUM IN SUPPORT OF FRCP 12(B)(6) MOTION TO DISMISS CLAIMS OF JASON BELETO, INDIVIDUALLY AND ON BEHALF OF CRUZ BELETO, BASED ON PRESCRIPTION

MAY IT PLEASE THE COURT:

In support of its Motion to Dismiss, and pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, Scottsdale Insurance Company incorporates herein by reference the arguments regarding the prescription of Jason Beleto's claims made by Allied World National Assurance Company in its Motion to Dismiss or, Alternatively, to Strike Class Allegations and Memorandum of Law in Support thereof (Doc. 148, ¶ 15; and Doc. 148-1, Section "D. Prescription Operates to Bar Beleto's Claim", pp. 16 – 18), as well as the Motion to Dismiss and Memorandum In Support of Dismissal of Claims of Jason Beleto, Individually and on Behalf of Cruz Beleto Based on Prescription on the Face of the Pleadings filed by Choice Hotels International, Inc. (Docs 192 and 192-1).

#579993

Respectfully submitted,

**PLAUCHÉ  MASELLI PARKERSON LLP**

BY:   */s/ James K. Ordeneaux*
James K. Ordeneaux (Bar No. 28179)
Attie Babin Carville (Bar No. 27949)
701 Poydras Street, Suite 3800
New Orleans, Louisiana 70139
Telephone: 504-582-1142
Facsimile:  504-582-1172
E-Mail:      jordeneaux@pmpllp.com
                acarville@pmpllp.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on August 26, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 */s/ James K. Ordeneaux*

#579993