UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANGELA PATERNOSTRO, ET AL.** | **CIVIL ACTION NO. 2013-0662 C/W 2013-4953, 2013-4954 & 2013-6602** |
| **VERSUS** | **This documents relates to: ALL CASES** |
| **CHOICE HOTEL INTERNATIONAL SERVICES CORP., D/B/A CLARION INN AND SUITES, ET AL.** | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE MICHAEL NORTH** |

### SCOTTSDALE INSURANCE COMPANY'S MEMORANDUM IN SUPPORT OF MOTION TO STRIKE CLASS ALLEGATIONS

MAY IT PLEASE THE COURT:

In support of its Motion to Strike Class Allegations asserted in the Plaintiffs' Amended Complaint, and pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, Scottsdale Insurance Company incorporates herein by reference the arguments asserting that the Plaintiff's Amended Complaint does not meet the requirements of Federal Rule of Civil Procedure 23 made by Allied World National Assurance Company in its Motion to Dismiss or, Alternatively, to Strike Class Allegations and Memorandum of Law in Support thereof (Doc. 148, ¶¶ 16-18; and Doc. 148-1, Section "E. In the Alternative, Plaintiffs' Claims are Inappropriate for Class Treatment and the Class Allegations Must Be Stricken," pp. 18-22), as well as the arguments asserted in the Motion to for Partial Summary Judgment on Class Action Claims and Memorandum In Support filed by Choice Hotels International, Inc. (Docs 216 and 216-1).

#579999

Respectfully submitted,

**PLAUCHÉ MASELLI PARKERSON LLP**

BY:   /s/ James K. Ordeneaux
James K. Ordeneaux (Bar No. 28179)
Attie Babin Carville (Bar No. 27949)
701 Poydras Street, Suite 3800
New Orleans, Louisiana 70139
Telephone: 504-582-1142
Facsimile:  504-582-1172
E-Mail:    jordeneaux@pmpllp.com
              acarville@pmpllp.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 26, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ James K. Ordeneaux

#579999