UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANGELA PATERNOSTRO, ET AL.** | * | **CIVIL ACTION NOS.:** |
| | * | **2013-0662 c/w** |
| **VERSUS** | * | **2013-4953, 2013-4954, 2013-6602** |
| | * | **APPLIES TO ALL CASES** |
| **CHOICE HOTEL INTERNATIONAL** | * | |
| **SERVICES CORP., D/B/A CLARION** | * | **SECTION L(5)** |
| **INN AND SUITES, ET AL.** | * | |
| | * | **JUDGE ELDON E. FALLON** |
| * * * * * * * * | | |

### AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY'S MOTION AND INCORPORATED MEMORANDUM TO JOIN MOTIONS TO DISMISS CLAIMS OF THE BELETO PLAINTIFFS BASED ON PRESCRIPTION

**NOW INTO COURT**, though undersigned counsel, comes Defendant, American Guarantee and Liability Insurance Company ("AGLIC"), who files this Motion and Incorporated Memorandum to Join Motions to Dismiss Claims of the Beleto Plaintiffs Based on Prescription and moves to dismiss all claims by the plaintiffs, Jason Beleto, individually and on behalf of his minor child, Cruz Beleto (collectively referred to as the "Beleto Plaintiffs") on the grounds that all such claims are prescribed. AGLIC has reviewed the following motions:

- Relevant sections (Part D and footnote 5) of Allied World National Assurance Company's Memorandum in Support of F.R.C.P. 12(b)(6) Motion to Dismiss or, Alternatively, to Strike Class Allegations (Rec. Doc. 148-1); and

- Choice Hotels International, Inc.'s F.R.C.P. 12(b)(6) Motion to Dismiss Claims of Jason Beleto, individually and on behalf of Cruz Beleto Based on Prescription on the Fact of the Pleadings (Rec. Doc. 192) (collectively Rec. Docs. 148-1 and 192 are referred to herein as the "Motions to Dismiss").

AGLIC avers that any motion brought by AGLIC on this issue would be identical to the above-listed Motions to Dismiss.  Thus, in an effort to conserve judicial resources, AGLIC hereby adopts and incorporates the Motions to Dismiss (Rec. Docs. 148-1 and 192) in their entirety as AGLIC's own motion, along with all documents, arguments and evidence submitted in support thereof, as though copied herein *in extenso*.

**WHEREFORE**, Defendant, American Guarantee and Liability Insurance Company ("AGLIC"), prays that this Court grants AGLIC's Motion to Join Motions to Dismiss Claims of the Beleto Plaintiffs Based on Prescription, entering an order recognizing Rec. Docs. 148-1 and 192) as AGLIC's own motion and dismissing the Beleto Plaintiffs' claims against AGLIC.

Respectfully submitted,

*/s/ Richard E. King*

**RICHARD E. KING (#25128)**
**DAVID M. MORAGAS (#29633)**
**OLIVIA Y. TRUONG (#34990)**
**GALLOWAY, JOHNSON, TOMPKINS,**
   **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendant,*
*American Guarantee and Liability Insurance Company*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 26th day of August, 2014, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*
**RICHARD E. KING**