MINUTE ENTRY
FALLON, J.
OCTOBER 9, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELA PATERNOSTRO, ET AL. | CIVIL ACTION |
| VERSUS | NO. 13-0662 |
| CHOICE HOTEL INTERNATIONAL SERVICES CORP., D/B/A/ CLARION INN AND SUITES, ET AL. | SECTION "L" (5) |

**THIS DOCUMENT RELATES TO:        ALL CASES**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Shawn Reed, Jonathan Pedersen, and Kyle del Hierro, participated on behalf of the Plaintiffs. Keely Scott and Tom Cortazzo participated on behalf of Defendant Century Wilshire, Inc. Celeste Elliot participated on behalf of Defendant Century Surety Company. Michael O'Shee and LB Graham participated on behalf of Defendant Choice Hotels International, Inc. Judy Barrasso, Steven Usdin and Sarah Rubin participated on behalf of Defendants Allied World National Assurance Company and Ohio Casualty Insurance Company. John Turnage participated on behalf of Defendant Merchants National Insurance Company. Liz Chickering participated on behalf of Defendants Lexington Insurance Company and AIG Specialty Insurance Company. Julia Dietz participated on behalf of Defendants National Surety Company and National Surety Corporation. James Ordeneaux and Attie Babin participated on behalf of Defendant Scottsdale Insurance Company. Karen Dicke and Maureen Sullivan participated on behalf of Defendant ACE Property and Casualty Insurance Company. Olivia Truong participated on behalf of

JS10(00:31)

Defendant American Guarantee and Liability Insurance Company. The parties discussed the status of the case.

**IT IS ORDERED** that by October 15, 2014, the parties shall submit to the Court a proposed agenda for the October 22, 2014, oral arguments. The Court will hear arguments by grouping like issues. The proposed agenda shall include the names of the attorneys arguing on behalf of movants and opposing counsel. In arguing each issue, movants will have fifteen minutes and opponents will have fifteen minutes.

**IT IS FURTHER ORDERED** that Lexington Insurance Company's Motion to Dismiss, although previously set for submission on October 29, 2014, (Rec. Doc. 305), will be heard at the October 22, 2014, oral arguments. Any party that wishes to respond to Lexington's motion must do so by October 16, 2014. At the request of the parties, the other motions previously set for submission on October 29, 2014, (Rec. Docs. 304, 343), will be considered on the briefs, without oral argument. The parties are reminded that they are not precluded from filing a future dispositive motion, such as a motion for summary judgment, at the appropriate time. (*See* Rec. Doc. 214).

**IT IS FURTHER ORDERED** that the parties shall submit to the Court by October 15, 2014, their proposed appointments for an ESI expert. (*See* Rec. Doc. 297).

**IT IS FURTHER ORDERED** that a status conference will be held in this matter on December 9, 2014, at 3:30 p.m. Out-of-town counsel may participate by calling 877-336-1839 and entering access code 4227405 and security code 1209914.

