MINUTE ENTRY
FALLON, J.
JANUARY 7, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELA PATERNOSTRO, ET AL | CIVIL ACTION |
| VERSUS | NO. 13-662 c/w 13-4953, 13-4954, and 13-6602 |
| CHOICE HOTELS INTERNATIONAL SERVICES CORP., ET AL | SECTION: L |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:  Shawn Reed, Esq. and Kyle Del Hierro, Esq. and Jonathan Pedersen, Esq. for the Plaintiffs
John Turnage, Esq. for Defendant Merchants National Insurance Company
Celeste Elliott, Esq. for Defendant Century Surety Company
Alistair Ward, Esq. for Defendants Lexington Insurance Company and AIG Specialty Insurance Company
Keely Scott, Esq. and Thomas Cortazzo, Esq. for Defendants Century Wilshire, Inc. and Theodora Mallick
Karen Dicke, Esq., for Defendant ACE Property and Casualty Insurance Company
Steven Usdin, Esq. and Michael Balascio, Esq. for Defendants Allied World National Assurance Company and Ohio Casualty Insurance Company
Julia Dietz, Esq. and Catherine Thigpen, Esq. for Defendant National Surety Corporation
Lottie Bash, Esq. and Laura Graham, Esq. for Defendant Choice Hotels International, Inc.
James Ordeneaux, Esq. for Defendant Scottsdale Insurance Company
David Moregas, Esq. for Defedant American Guarantee and Liability Insurance Company

1. SEALED Motion of defendant, Choice Hotels International, Inc. for Summary Judgment (419)

After argument - For the reasons described orally on the record, the Court granted in part and denied in part Choice's motion for summary judgment. Specifically, the Court granted the motion as to the claims of vicarious liability and apparent agency and denied the motion as to the claim of independent liability.

2. Motion of defendant, Allied World National Assurance Company, for Reconsideration of Order on Motion to Dismiss (Rec. Doc. 422)  (427)

After argument - Motion is DENIED in part and TAKEN UNDER SUBMISSION in part. The Motion for Reconsideration of Court's Order regarding the Allied World Choice Policy was DENIED for the reasons described orally on the record. The Motion for Reconsideration of Court's Order regarding "Duty to Defend" was TAKEN UNDER ADVISEMENT.

JS10:  1:20