UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANGELA PATERNOSTRO, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-0662 C/W**<br>**13-4953, 13-4954**<br>**& 13-6602** |
| **CHOICE HOTEL INTERNATIONAL SERVICES CORP., D/B/A CLARION INN AND SUITES, ET AL** | **SECTION "L" (5)** |

_____

## SECOND SUPPLEMENTAL AND AMENDED COMPLAINT AND CLASS ACTION

This Second Supplemental and Amended Complaint and Class Action, brought by certain persons of majority age both individually and for others similarly-situated, through undersigned counsel respectfully represents that:

I.

Paragraph 12 of the First Supplemental and Amending Complaint and Class Action is supplemented and amended to read as follows:

12.

At all times pertinent hereto, and specifically for the periods January 1, 2010 through June 1, 2016, inclusive, defendant Chartis Specialty Insurance Company had in full force and effect one or more general liability policies of insurance bearing Policy Number PLC 15450516, under the terms of which defendant(s) Choice and/or Century Wilshire, Inc. was/were the named insured(s), and which afforded environmental, excess and/or general liability insurance and/or Commercial Pollution Legal Liability coverage for the matters, risks, and claims made the subject of this action. The precise terms and numbers embodied in said policies of insurance are

incorporated herein by reference and are specifically pled herein as if set forth *in extenso.*

WHEREFORE, named plaintiffs, individually and on behalf of all members of the proposed plaintiff class, respectfully re-iterate and re-urge the prayer of their Original and First Supplemental and Amending Complaints and Class Action and further pray that pursuant to the foregoing Second Supplemental and Amending Complaint and Class Action, after class certification proceedings are conducted by the Court, this matter be certified under Federal Rules of Civil Procedure 23(b)(1)(A), and/or (b)(2), and/or (b)(3); and plaintiffs further pray for the entry of a judgment or judgments in favor of the named plaintiffs and all plaintiff class members and against defendants, awarding the monetary damages, declaratory judgment relief, and/or injunctive relief specified herein, as well as legal interest on all sums awarded from the date of demand until paid in full, all costs and disbursements of these proceedings, all attorney's fees as allowable under law, and any and all general and equitable relief as the Court may find justified.

NEW ORLEANS, LOUISIANA, this 9th day of February, 2015.

Respectfully Submitted,


/s/ Shawn C. Reed
Shawn C. Reed (14304)
Kyle T. Del Hierro (21557)
Howard & Reed
516 N. Columbia Street
Covington, Louisiana 70433
Telephone: (985) 893-3607
Fax: (985) 893-3478
*Attorneys for Plaintiffs*

| | |
|---|---|
| Ronnie G. Penton (10462)<br>The Penton Law Firm<br>209 Hoppen Place<br>Bogalusa, LA 70427<br>Tel: 985-732-5651<br>Fax:  985-735-5579<br>*Attorneys for Plaintiffs* | Paul A. Lea, Jr. (18637)<br>724 E. Boston Street<br>Covington, LA 70433-2910<br>Tel: 985-292-2300<br>Fax: 985-249-6006<br>*Attorney for Plaintiffs* |
| D. Douglas Howard, Jr. (7021)<br>Jonathan Pedersen (32290)<br>839 St. Charles Avenue, Suite 306<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-3610<br>Fax: (504) 581-7509<br>*Attorneys for Plaintiffs* | Gerald E. Meunier, #9471<br>Rachell Sternlieb, # 35338<br>Gainsburgh, Benjamin, David, Meunier &<br>Warshauer, L.L.C.<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>Phone: 504-522-2304<br>Toll Free: 800-489-2304<br>Fax: 504-528-9973<br>*Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9th, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.   I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

    /s/ SHAWN C. REED
    SHAWN C. REED